**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel C. Jaso** | Social Security number or ITIN | **xxx–xx–0802** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | **12/20/17** |
| Case number: | **17–37566** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel C. Jaso | |
| 2. | **All other names used in the last 8 years** | aka Danny Jaso | |
| 3. | **Address** | 2450 N. 77th Ct. Apt. 3W Elmwood Park, IL 60707 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 12/21/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 25, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/26/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/28/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/18/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/20/18** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 742, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                         United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 17-37566-CAD
Daniel C. Jaso                                                    Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: abowles              Page 1 of 2          Date Rcvd: Dec 21, 2017
                              Form ID: 309I              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Daniel C. Jaso,    2450 N. 77th Ct.,    Apt. 3W,    Elmwood Park, IL 60707-2503
26300884       +CB/Gamestop,    Po Box 182120,    Columbus, OH 43218-2120
26300885       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
26300887       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
26300888       +Il Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
26300892      #+National Collegiate Trust,    One Cabot Road,    Medford, MA 02155-5128
26300898       +SYNCB/Pay Pal,    Bankrupcty Notice,    PO Box 5138,    Timonium, MD 21094-5138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Dec 22 2017 00:54:46      David M Siegel,
                 David M. Siegel & Associates,   790 Chaddick Drive,    Wheeling, IL  60090
tr             +E-mail/Text: 341NOTICE@TVCH13.NET Dec 22 2017 00:56:51      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,   Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 22 2017 00:55:40      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
26300880       +E-mail/Text: bankruptcy@rentacenter.com Dec 22 2017 00:57:40      Acceptance Now,
                 5501 Headquarters Dr,   Plano, TX 75024-5837
26300881       +EDI: GMACFS.COM Dec 22 2017 00:33:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
26300882       +EDI: TSYS2.COM Dec 22 2017 00:33:00      Barclays Bank Delaware,   125 S. West St.,
                 Wilmington, DE 19801-5014
26300883        EDI: CAPITALONE.COM Dec 22 2017 00:34:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
26300886       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 22 2017 00:53:14      Exeter Finance Llc,
                 Po Box 166097,   Irving, TX 75016-6097
26300890        E-mail/Text: rev.bankruptcy@illinois.gov Dec 22 2017 00:55:46
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,   100 W. Randolph St.,
                 Chicago, IL 60601
26300891        EDI: IRS.COM Dec 22 2017 00:34:00      IRS,   Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
26300889        E-mail/Text: rev.bankruptcy@illinois.gov Dec 22 2017 00:55:46
                 Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
26300893       +EDI: NESF.COM Dec 22 2017 00:33:00      National Ent,   29125 Solon Rd,   Solon, OH 44139-3442
26300895        EDI: RMSC.COM Dec 22 2017 00:34:00      SYNCB/AMAZON PLCC,    PO Box 965015,
                 Orlando, FL 32896-5015
26300896        EDI: RMSC.COM Dec 22 2017 00:34:00      SYNCB/Dicks Sporting Goods Dual,    PO Box 965005,
                 Orlando, FL 32896-5005
26300897        EDI: RMSC.COM Dec 22 2017 00:34:00      SYNCB/HOME DESIGN,    PO Box 965036,
                 Orlando, FL 32896-5036
26300899        EDI: RMSC.COM Dec 22 2017 00:34:00      SYNCB/WALMART,   PO Box 965024,   Orlando, FL 32896-5024
26300894       +EDI: SWCR.COM Dec 22 2017 00:34:00      Sw Crdt Sys,   4120 International Parkway,
                 Carrollton, TX 75007-1958
26300900        EDI: AISTMBL.COM Dec 22 2017 00:33:00      T Mobile,   PO Box 742596,
                 Cincinnati, OH 45274-2596
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: abowles              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 309I              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Daniel C. Jaso davidsiegelbk@gmail.com,
               davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3
```